UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tony Jones                                                                                        Docket No. 3:93-CR-69-1H

## Petition for Action on Supervised Release

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tony Jones, who, upon an earlier plea of guilty to Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 846; Interstate Travel to Commit Unlawful Activity, in violation of 18 U.S.C. § 1952(a)(3); and Unlawful Use of a Communications Facility, in violation of 21 U.S.C. § 843(b), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 28, 1995, to the custody of the Bureau of Prisons for a term of 240 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Tony Jones was released from custody on August 19, 2011, at which time the term of supervised release commenced. On February 26, 2013, the court was advised that the defendant was in default on his fine payments. The court agreed to continue the defendant on supervision.

On June 26, 2015, the court was advised that the defendant had submitted a urine sample that tested positive for marijuana. At this time, the court was also advised that the defendant had made no payments towards his fine since 2012. The court agreed to continue the defendant on supervision and allowed him to be enrolled in the surprised urinalysis program.

On November 14, 2017, the court was advised that the defendant had submitted a urine sample that tested positive for marijuana. The court agreed to continue the defendant on supervision and allowed him an opportunity to comply with substance abuse testing and treatment.

On June 27, 2018, the court was advised that the defendant was in default on his fine payments. The court agreed to continue the defendant on supervision.

On April 15, 2019, the court was advised that the defendant had submitted a urine sample that tested positive for marijuana. At this time, the court agreed to continue the defendant on supervision and allowed him an opportunity to comply with substance treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 29, 2020, the defendant submitted a urine sample that tested positive for marijuana. At the time of test collection, the defendant admitted that he had used marijuana within the last few days. Sample was confirmed positive for marijuana by the national lab on February 2, 2020. To address this drug positive, the defendant will continue to participate in the surprise urinalysis program and in substance abuse treatment. As a punitive sanction for this conduct, we are recommending that the conditions of supervision be modified to include a condition that he complete 8 hours community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 8 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Tony Jones
Docket No. 3:93-CR-69-1H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Jared Britt<br>Jared Britt<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2549<br>Executed On: February 7, 2020 |

### ORDER OF THE COURT

Considered and ordered this 11th day of Feb, 2020, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge